## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

AMERICAN RELIABLE INSURANCE COMPANY                                    PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:03CV62WS

ELIZABETH CAROL CLIBURN, IN HER CAPACITY
AS GUARDIAN OF THE PERSONS AND ESTATES
OF MICHELLE LYNN COLE, A MINOR, GARY
BRANDON COLE, A MINOR, ASHLEY VICTORIA
COLE, A MINOR, AND JARRETT BOYD COLE, A
MINOR, AND AS ADMINISTRATRIX OF
THE ESTATE OF GARY LYNN COLE, DECEASED;
AND ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF GARY LYNN COLE, DECEASED;
LINDA WHITE, IN HER CAPACITY AS GUARDIAN OF
THE PERSON AND ESTATE OF ERIKA LAKRISTA
LYNN COLE, A MINOR; GRT, INC.; BARBARA PARKER;
RICHARD PARKER D/B/A PARKER TRUCKING AND
UNKNOWN DEFENDANTS JOHN DOES 2-10.                                     DEFENDANTS

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that ELIZABETH CAROL CLIBURN, in her capacity

as guardian of the persons and estates of Michelle Lynn Cole, a minor, Gary Brandon

Cole, a minor, Ashley Victoria Cole, a minor, and Jarrett Boyd Cole, a minor, and as

administratrix of the estate of Gary Lynn Cole, deceased; and on behalf of all wrongful

death beneficiaries of Gary Lynn Cole, deceased; and Linda White, in her capacity as

guardian of the person and estate of Erika Lakrista Lynn Cole, a minor, as DEFENDANTS in the above named cause hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action, pursuant to FRAP 4(a)(7)(A)(ii), on Friday, April 4, 2008.

`/s/ David Ringer`

DAVID RINGER, attorney for ELIZABETH CAROL CLIBURN, in her capacity as guardian of the persons and estates of Michelle Lynn Cole, a minor, Gary Brandon Cole, a minor, Ashley Victoria Cole, a minor, and Jarrett Boyd Cole, a minor, and as administratrix of the estate of Gary Lynn Cole, deceased; and on behalf of all wrongful death beneficiaries of Gary Lynn Cole, deceased; and Linda White, in her capacity as guardian of the person and estate of Erika Lakrista Lynn Cole, a minor

## NOTICE OF SERVICE

      I, David Ringer, Attorney for attorney for ELIZABETH CAROL CLIBURN, in her capacity as guardian of the persons and estates of Michelle Lynn Cole, a minor, Gary Brandon Cole, a minor, Ashley Victoria Cole, a minor, and Jarrett Boyd Cole, a minor, and as administratrix of the estate of Gary Lynn Cole, deceased; and on behalf of all wrongful death beneficiaries of Gary Lynn Cole, deceased; Linda White, in her capacity as guardian of the person and estate of Erika Lakrista Lynn Cole, a minor, do hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

David C. Dunbar
DunbarMonroe, PLLC
1855 Lakeland Drive, Suite P121
Jackson, MS 39216
dcdunbar@dunbarmonroe.com

John S. Graham
DunbarMonroe, PLLC
1855 Lakeland Drive, Suite R201
Jackson, MS 39216
jgraham@dunbarmonroe.com

Eddie J. Abdeen
PO Box 2134
Madison, MS 39130
litig8r@bellsouth.net

Robert T. Cornelius
PO Box 1587
Ridgeland, MS 39158
tracey@corneliuslawfirm.com

                                                          /s/ David Ringer
                                                         DAVID RINGER

RINGER & SIMMONS,
ATTORNEYS AT LAW
DAVID RINGER, MSB #5364
125 EAST MAIN STREET
P.O. BOX 737
FLORENCE, MS 39073
601-845-7349/FAX 601-845-6799
G:\CLIENT\COLE\AMRLIABL\Notice of Appeal.wpd