# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 01, 2008



J T Noblin, Clerk
Southern District of Mississippi, Jackson
United States District Court
245 E Capitol Street
Jackson, MS 39201

No. 08-60465 Amer Reliable Ins Co v. Cliburn
-----------------
USDC# 3:03-CV-62
Honorable Henry T Wingate

Dear Mr Noblin:

Our records reflect that there is an action pending for more than 45 days in the above referenced case before the named judge. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance in bringing this information to the judge's attention.

If our records are in error, or if the judge has disposed of the matter, please advise us at your earliest convenience.

Thank you in advance for your help in this regard.

CHARLES R. FULBRUGE III, CLERK

By _____
David E. Young
Chief Deputy Clerk
504.310.7656
David_E_Young@ca5.uscourts.gov