IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| AMERICAN RELIABLE<br>INSURANCE COMPANY | PLAINTIFF |
| vs. | Civil Action No. 3:03-cv-62WS |
| ELIZABETH CAROL CLIBURN, et al. | DEFENDANTS |

## FINAL JUDGMENT

On November 6, 2007, the court made a bench ruling holding that American Reliable Insurance Company owes no duty to provide coverage for the damages claimed in this matter. Subsequently, on October 30, 2009, the United States Court of Appeals for the Fifth Circuit affirmed that ruling. Therefore, this case is now closed.

**SO ORDERED this the 29th day of January, 2010.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**